IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02669-PAB-CBS

ROGER K. TALBOT, and
MADELINE YVONNE TALBOT,

      Plaintiffs,

v.

ST. MARY'S HOSPITAL AND MEDICAL CENTER, INC.,
an affiliate of the Sisters of Charity of Leavenworth Health System, Inc.,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant's Motion to Compel Plaintiffs to Name General Guardian or Conservator or, in the Alternative, for the Court to Appoint a Guardian Ad Litem (*doc. #40)* is DENIED, without prejudice, for failure to provide a certificate showing compliance with D.C.COLOL.CIVR. 7.1A. The Court is unable to determine to what extent the Defendant attempted to confer with opposing counsel and whether the motion is opposed or unopposed.


**DATED:**    December 11, 2008