IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-02669-PAB-CBS

ROGER K. TALBOT, and
MADELINE YVONNE TALBOT,

    Plaintiffs,

v.

ST. MARY'S HOSPITAL AND MEDICAL CENTER, INC.,
an affiliate of the Sisters of Charity of Leavenworth Health System, Inc.,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS ORDERED that a telephonic motion hearing on Defendant's Amended Motion to Compel (*doc. #46*) and Defendant's Stipulated Motion for Modification of Scheduling Order Dates (*doc. #43*) will he held on **January 6, 2009 at 2:30 p.m. (Mountain Time)**. Counsel shall coordinate to create a conference call, then contact the Court at (303) 844-2117 to participate in the hearing.

    IT IS FURTHER ORDERED that Defendant's Stipulated Motion to Vacate Settlement Conference (*doc. #42*) is GRANTED. The settlement conference, set for January 6, 2009, with Magistrate Judge Rice in Grand Junction, CO is **VACATED**. Parties are advised that the court will discuss resetting the settlement conference at the January 6th hearing.

**DATED:**     December 15, 2008