IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 07-cv-02669-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: January 6, 2009 | Courtroom Deputy: Nel Steffens |

<u>*Parties:*</u>　　　　　　　　　　　　　　　　<u>*Counsel:*</u>

ROGER K. TALBOT, and　　　　　　　　　Deborah Taussig
MADELINE YVONNE TALBOT,

　　　Plaintiff,

v.

ST. MARY'S HOSPITAL AND MEDICAL　　Christine Craigmile
CENTER, INC.,　　　　　　　　　　　　　Troy Rackham
an affiliate of the Sisters of Charity of
Leavenworth Health System, Inc.,

　　　Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTIONS HEARING**
**Court in Session:　2:27 p.m.**
Court calls case. All counsel appear by telephone.

Discussion regarding Defendant's Motion to Compel, #46.

Discussion regarding expert disclosures.

Discussion regarding Stipulated Motion for Modification of Scheduling Order Dates, #43.

**ORDERED:　　The Stipulated Motion for Modification of Scheduling Order Dates (#43, filed December 10, 2008) is GRANTED in part and DENIED in part. Discovery cutoff is extended to February 27, 2009; defendant's rebuttal experts shall be designated on or before January 30, 2009; Dispositive motion deadline is extended to March 13, 2009. Final Pretrial Conference date of July 23, 2009 at 9:15 a.m. shall remain the same.**

**ORDERED:** The Amended Motion to Compel Plaintiffs to Name General Guardian or Conservator or, in the Alternative, for the Court to Appoint a Guardian Ad Litem (#46, filed December 12, 2008) is DENIED without prejudice. Plaintiffs' counsel shall file a written status report 14 calendar days from today's date advising court regarding the Guardian Ad Litem appointment process.

Discussion regarding setting a settlement conference.

**ORDERED:** A full-day Settlement Conference is set for March 23, 2009 at 9:00 a.m. before Magistrate Judge Shaffer. Plaintiffs may attend, but are not required to do so.

Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person,** except as noted above, for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before March 17, 2009,** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**. ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

**ORDERED:** Defendant's Unopposed Motion for Extension of Discovery (#50, filed January 5, 2009) is GRANTED; response deadline is extended to January 16, 2009.

Hearing concluded.
**Court in recess:** 3:17 p.m.
Total time in court: 00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.