IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02669-PAB-CBS

ROGER K. TALBOT and
MADELINE YVONNE TALBOT,

     Plaintiffs,

v.

ST. MARY'S HOSPITAL AND MEDICAL CENTER, INC.,
an affiliate of the Sisters of Charity of Leavenworth Health System, Inc.,

     Defendant.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation to Dismiss Without Prejudice [Docket No. 73]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs. It is further

ORDERED that the Motion to Dismiss Roger K. Talbot's Claim with Prejudice [Docket No. 60] is denied as moot.

DATED April 30, 2009.

                             BY THE COURT:


                             s/Philip A. Brimmer_____
                             PHILIP A. BRIMMER
                             United States District Judge